IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 NOV -6 P 3:44
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| EXPANETS, INC. and | : | |
| EXPANETS OF NORTH AMERICA, LLC, | : | |
| | : | |
| Defendants. | : | November 6, 2003 |

### PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF INFORMATION AND DOCUMENTS.

Pursuant to Rule 37, Plaintiff, Maria DeGennaro, hereby moves to compel Defendants, Expanets, Inc. and Expanets of North America, LLC, to produce documents responsive to Plaintiff's Interrogatories and Request for Production of Documents -- Set No. 1 ("Discovery Request"). As explained in the accompanying Memorandum of Law, although Defendants served written Objections and Responses to Plaintiff's Discovery Request on or about October 6, 2003, Defendants have failed and refused to produce any documents or information responsive to the Discovery Request. In addition, as also explained below, Defendants have improperly attempted to limit the scope of their responses to certain parts of the Discovery Request in an effort to deprive Plaintiff of discovery to which she is entitled. For these reasons, as well as the reasons fully explained in the accompanying Memorandum of Law, the Court should require

**ORAL ARGUMENT REQUESTED**

Defendants to produce all information and documents requested by Plaintiff in the Discovery Request without further delay.

                                             Respectfully submitted,

                                             James E. Miller, Esquire
Federal Bar No. CT-21560
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103
(Tel) (860) 246-0600
(Fax) (860) 246-0700

James C. Shah
Shepherd Finkelman Miller & Shah, LLC
35 East State Street
Media, Pennsylvania 19063
(Tel)(610) 891-9880
(Fax)(610) 891-9883

Attorneys for Plaintiff