UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAIA DEGENNARO,                    :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :    CASE NO. 3:03CV940 (RNC)
                                   :
EXPANETS, INC., ET AL.,            :
                                   :
        Defendants.                :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___    To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___    To conduct settlement conferences (orefmisc./cnf);

___    To conduct a prefiling conference (orefmisc./cnf);

___    To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_    A ruling on the following pending motions (orefm.):_____
       Motion to Compel [doc. 9]

So ordered.

Dated at Hartford, Connecticut this 12 day of November 2003.



Robert N. Chatigny
United States District Judge