IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

MARIA DEGENNARO, : CIVIL ACTION NO. 2003 NOV 26 P 1: 23
: 3:03-CV-940-RNC
Plaintiff, :
: US DISTRICT COURT
: HARTFORD CT
VS. :
:
EXPANETS, INC. and :
EXPANETS OF NORTH AMERICA, LLC, :
:
Defendants. : November 26, 2003

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF INFORMATION AND DOCUMENTS.

Pursuant to the agreement of the parties and with the consent of Defendants, Expanets, Inc. and Expanets of North America, LLC, Plaintiff, Maria DeGennaro, hereby withdraws the Motion to Compel the Production of Documents and Information filed on or about November 6, 2003.

Respectfully submitted,

James E. Miller, Esquire
Federal Bar No. CT-21560
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103
(Tel) (860) 246-0600
(Fax) (860) 246-0700

James C. Shah
Shepherd Finkelman Miller & Shah, LLC
35 East State Street
Media, Pennsylvania 19063
(Tel)(610) 891-9880
(Fax)(610) 891-9883

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| EXPANETS, INC. and | : | |
| EXPANETS OF NORTH AMERICA, LLC, | : | |
| | : | |
| Defendants. | : | November 26, 2003 |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Notice of Withdrawal of Motion to Compel, as well as this Certificate of Service, were served on this date upon Counsel for Defendants via facsimile and first class mail, postage pre-paid, and addressed as follows:

Christopher L. Brigham, Esquire
Federal Bar No. CT-12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, Connecticut 06510

_____
James E. Miller
Attorney for Plaintiff,
Maria DeGennaro