IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. NOV 26 P 1: 23 |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | US DISTRICT COURT |
| | : | HARTFORD CT |
| VS. | : | |
| | : | |
| EXPANETS, INC. and | : | |
| EXPANETS OF NORTH AMERICA, LLC, | : | |
| | : | |
| Defendants. | : | November 26, 2003 |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF INFORMATION AND DOCUMENTS.**

Pursuant to the agreement of the parties and with the consent of Defendants, Expanets, Inc. and Expanets of North America, LLC, Plaintiff, Maria DeGennaro, hereby withdraws the Motion to Compel the Production of Documents and Information filed on or about November 6, 2003.

GRANTED. So ordered. 12/17/03.
RNC

Respectfully submitted,

James E. Miller, Esquire
Federal Bar No. CT-21560
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103
(Tel) (860) 246-0600
(Fax) (860) 246-0700

James C. Shah
Shepherd Finkelman Miller & Shah, LLC
35 East State Street
Media, Pennsylvania 19063
(Tel)(610) 891-9880
(Fax)(610) 891-9883

Attorneys for Plaintiff

FILED
2003 DEC 17 P 2: 22
US DISTRICT COURT
HARTFORD CT