IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| EXPANETS, INC. n/k/a NETEXIT, INC., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | January 30, 2004 |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE COMPLAINT.**

Pursuant to Rules 15 and 20 of the Federal Rules of Civil Procedure, Plaintiff, Maria DeGennaro, hereby moves to amend her Complaint to join Netexit, Inc., Netexit of North America, LLC and Avaya, LLC as additional defendants in this proceeding as successors in interest to Defendants, Expanets, Inc. n/k/a Netexit, Inc. and Expanets of North America, LLC n/k/a Netexit of North America, LLC.  For the reasons explained in the accompanying Memorandum of Law, Plaintiff's Motion should be granted and Plaintiff should be permitted to file and serve an Amended Complaint in the form attached as Exhibit "A" to the accompanying Memorandum.

Respectfully submitted,

James E. Miller, Esquire
Federal Bar No. CT-21560
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103
(Tel) (860) 246-0600
(Fax) (860) 246-0700

**ORAL ARGUMENT NOT REQUESTED**

-2-

Attorney for Plaintiff

Case 3:03-cv-00940-RNC    Document 15    Filed 01/30/2004    Page 2 of 2