IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| EXPANETS, INC. n/k/a NETEXIT, INC., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | January 30, 2004 |

**JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE
AND OTHER PRETRIAL DEADLINES.**

Plaintiff, Maria DeGennaro, and Defendants, Expanets, Inc. n/k/a Netexit, Inc. and Expanets of North America, LLC n/k/a Netexit of North America, LLC, respectfully submit this Joint Motion to Extend the Discovery and Other Pretrial Deadlines for a period of ninety (90) days and, in support thereof, aver as follows:

1.  The parties have been working cooperatively and diligently to complete discovery in this matter. The parties have exchanged documents and other written discovery responses and Plaintiff has produced expert reports.

2.  As a result of the recent acquisition of substantially all of Defendants' assets by Avaya, Inc., see Plaintiff's Unopposed Motion to Amend the Complaint dated January 30, 2004, it has not been possible for the parties to complete certain depositions, to date, because a number of individuals who were to be deposed in their capacity as Defendants' employees are no longer employed by Defendants. Such an extension also will protect the rights of Avaya, LLC, Netexit, Inc. and Netexit of North America, LLC, the three entities that Plaintiff seeks to join as

**ORAL ARGUMENT NOT REQUESTED**

defendants in this case.

3. The parties anticipate that, if the discovery and other pretrial deadlines are extended for a period of ninety (90) days, they will be able to complete all necessary discovery without the necessity of any further extensions. Moreover, such an extension will permit any additional defendants to serve and complete any necessary, additional discovery should the Court permit Plaintiff to join these entities as additional defendants in this proceeding.

WHEREFORE, Plaintiff, Maria DeGennaro, and Defendants, Expanets, Inc. n/k/a Netexit, Inc. and Expanets of North America, LLC n/k/a Netexit of North America, LLC, respectfully request that the Court extend the discovery and other pretrial deadlines established in the Court's Order Regarding Case Management.

Respectfully submitted,

| | |
|---|---|
| James E. Miller, Esquire | Christopher L. Brigham, Esquire |
| Federal Bar No. CT-21560 | Federal Bar No. CT-12410 |
| Shepherd Finkelman Miller & Shah, LLC | Updike, Kelly & Spellacy, P.C. |
| One Lewis Street | 265 Church Street, 10th Floor |
| Hartford, CT 06103 | New Haven, Connecticut 06510 |
| (Tel) (860) 246-0600 | (Tel) (203) 786-8310 |
| (Fax) (860) 246-0700 | (Fax) (203) 772-2037 |
| (E-mail) jmiller@sfmslaw.com | (E-mail) cbrigham@uks.com |
| | |
| James C. Shah | Attorney for Defendants |
| Shepherd Finkelman Miller & Shah, LLC | |
| 35 East State Street | |
| Media, Pennsylvania 19063 | |
| (Tel)(610) 891-9880 | |
| (Fax)(610) 891-9883 | |
| (E-mail) jshah@sfmslaw.com | |

Attorneys for Plaintiff