IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| EXPANETS, INC. n/k/a NETEXIT, INC., | : | |
| et al., | : | |
| | : | |
| Defendants. | : | January 30, 2004 |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the parties' Joint Status Report, Joint Motion for Extension of Discovery and Pretrial Deadlines, Plaintiff's Motion to Amend the Complaint and accompanying Memorandum of Law, as well as this Certificate of Service, were served on this date upon Counsel for Defendants via facsimile and first class mail, postage pre-paid, and addressed as follows:

Christopher L. Brigham, Esquire
Federal Bar No. CT-12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, Connecticut 06510

James E. Miller
Attorney for Plaintiff,
Maria DeGennaro