IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| EXPANETS, INC. n/k/a NETEXIT, INC., | : | |
| et al., | : | |
| | : | |
| Defendants. | : | January 30, 2004 |

**JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE
AND OTHER PRETRIAL DEADLINES.**

Plaintiff, Maria DeGennaro, and Defendants, Expanets, Inc. n/k/a Netexit, Inc. and Expanets of North America, LLC n/k/a Netexit of North America, LLC, respectfully submit this Joint Motion to Extend the Discovery and Other Pretrial Deadlines for a period of ninety (90) days and, in support thereof, aver as follows:

1. The parties have been working cooperatively and diligently to complete discovery in this matter. The parties have exchanged documents and other written discovery responses and Plaintiff has produced expert reports.

---

February 9, 2004.   Maria Degennaro v. Expanets, Inc., et al.
                    3:03CV940 (RNC)

Re: Joint Motion to Extend Discovery Deadline and Other Pretrial Deadlines
    [doc. 18]

Granted. All discovery, including all discovery relating to expert witnesses, will be completed (not propounded) by May 19, 2004. A joint trial memorandum be filed on or before August 24, 2004. A joint status report of counsel will be submitted on or before May 3, 2004. The report will address the matters listed in Fed. R. Civ. P. 16(c). Joint status reports of counsel addressing those matters will be submitted every 90 days thereafter until the matter is resolved. So ordered.

Robert N. Chatigny, U.S.D.J.