IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT


MARIA DEGENNARO,                          :        CIVIL ACTION NO.
                                          :        3:03-CV-940-RNC
                          Plaintiff,      :
                                          :
            VS.                           :
                                          :
EXPANETS, INC. and                        :
EXPANETS OF NORTH AMERICA, LLC, :
                                          :
                          Defendants.     :        February 25, 2004

## CERTIFICATE OF SERVICE

        The undersigned counsel hereby certifies that a true and correct copy of the foregoing
Amended Complaint, as well as this Certificate of Service, were served on this date upon Counsel
for Defendants via first class mail, postage pre-paid, and addressed as follows:

                        Christopher L. Brigham, Esquire
                        Federal Bar No. CT-12410
                        Updike, Kelly & Spellacy, P.C.
                        265 Church Street, 10th Floor
                        New Haven, Connecticut 06510


                        _____
                        James E. Miller
                          Attorney for Plaintiff,
                          Maria DeGennaro