UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA DEGENNARO,<br><br>Plaintiff,<br><br>- vs -<br><br>NETEXIT, INC. f/k/a EXPANETS, INC.,<br>NETEXIT OF NORTH AMERICA, LLC f/k/a<br>EXPANETS OF NORTH AMERICA, LLC<br>and AVAYA, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 3:03CV940 (RNC)<br><br>AVAYA LLC'S<br>ANSWER<br>WITH<br>AFFIRMATIVE<br>DEFENSES TO THE<br>AMENDED<br><u>COMPLAINT</u> |

Defendant Avaya LLC ("Avaya LLC"), by and through its attorneys Nixon Peabody LLP, for its answer to the Amended Complaint filed herein by the Plaintiff Maria DeGennaro ("DeGennaro" or "Plaintiff"), alleges as follows:

JURISDICTION AND VENUE

1.  Admits that the allegations contained in Paragraph 1 of the Amended Complaint purport to bring this action pursuant to Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and the New York Human Rights Law ("NYSHRL"), but except as so admitted, denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Amended Complaint.

2.  Admits that the allegations contained in Paragraph 2 of the Amended Complaint purport to bring this action under 28 USC Sections 1331, 1337, 1343 and 1367, and under 42 USC Section 2000e-5(f), but except as so admitted, denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Amended Complaint.

P112720.1

3. Admits that the allegations contained in Paragraph 3 of the Amended Complaint purport to predicate venue in this Court under 28 USC Section 1391, but except as so admitted, denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Amended Complaint.

## PARTIES

4. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Amended Complaint.

5. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Amended Complaint.

6. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Amended Complaint.

7. Admits that Avaya LLC is a Delaware corporation which is engaged in the business of, *inter alia*, marketing, selling and servicing telecommunications systems, but except as so admitted, denies the allegations contained in Paragraph 7 of the Amended Complaint.

8. To the extent that the allegations contained in Paragraph 8 of the Amended Complaint are directed at or involve Avaya LLC, Avaya LLC denies all such allegations.

## FACTUAL AND PROCEDURAL BACKGROUND

Expanets' Culture of Discrimination

9. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Amended Complaint.

10. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Amended Complaint.

2

11. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Amended Complaint.

12. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Amended Complaint.

13. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Amended Complaint.

14. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Amended Complaint.

DeGennaro's Employment With Expanets

15. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Amended Complaint.

16. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Amended Complaint.

17. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Amended Complaint.

18. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Amended Complaint.

19. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Amended Complaint.

20. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Amended Complaint.

21. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Amended Complaint.

22. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Amended Complaint.

23. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Amended Complaint.

24. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Amended Complaint.

25. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Amended Complaint.

26. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Amended Complaint.

27. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Amended Complaint.

28. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Amended Complaint.

29. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Amended Complaint.

30. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Amended Complaint.

31. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Amended Complaint.

32. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Amended Complaint.

33. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Amended Complaint.

<u>Plaintiff Has Met All Jurisdictional Prerequisites to Suit</u>

34. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Amended Complaint.

35. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Amended Complaint.

36. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Amended Complaint.

## COUNT I
## TITLE VII – SEX DISCRIMINATION

37. Repeats, re-alleges and incorporates by reference herein each and every response to Paragraphs 1 through 36 of the Amended Complaint, as if fully set forth herein.

38. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

39. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

40. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

41.   Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

42.   Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

## COUNT II
### TITLE VII – RETALIATION

43.   Repeats, re-alleges and incorporates by reference herein each and every response to Paragraphs 1 through 42 of the Amended Complaint, as if fully set forth herein.

44.   Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

45.   Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

46.   Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

47.   Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

48.   Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

## COUNT III
### NYSHRL – DISCRIMINATION/RETALIATION

49. Repeats, re-alleges and incorporates by reference herein each and every response to Paragraphs 1 through 49 of the Amended Complaint, as if fully set forth herein.

50. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

51. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

52. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

53. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Amended Complaint, and specifically denies the allegations that are or may be directed at Avaya LLC.

### FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim against Avaya LLC upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The claims against Avaya LLC are barred to the extent that they were not filed within the applicable statute of limitations and/or administrative filing periods.

## THIRD AFFIRMATIVE DEFENSE

The claims against Avaya LLC are barred, in whole or in part, by the principles or doctrines of waiver, estoppel and/or laches.

## FOURTH AFFIRMATIVE DEFENSE

The claims against Avaya LLC are barred to the extent that Plaintiff failed to timely and properly exhaust all necessary administrative, statutory and/or jurisdictional prerequisites for the commencement of this action against Avaya LLC.

## FIFTH AFFIRMATIVE DEFENSE

The claims against Avaya LLC must be dismissed because Avaya is not a "successor" employer for the purposes of Title VII or the NYSHRL.

**WHEREFORE**, defendant Avaya LLC demands judgment dismissing the Amended Complaint insofar as it is directed against Avaya LLC, with prejudice, together with an award of its costs and disbursements in this action, including reasonable attorneys' fees, and such other relief as the Court deems just and proper.

Dated: April 29, 2004

Of Counsel:
   Stacie B. Collier, Esq. (CT- 18895)
   Daniel A. Rizzi, Esq.
   (pending admission *pro hac vice*)

**NIXON PEABODY LLP**

By: _____
   Stacie B. Collier, Esq.

City Place
185 Asylum Street
Hartford, Connecticut 06103
(Tel.) (860) 275-6820
(Fax) (860) 275-0821

Attorneys for Defendant Avaya LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of April 2004, I sent a true copy of Avaya LLC's Answer with Affirmative Defenses to the Amended Complaint, via first-class mail, postage prepaid, to James E. Miller, Esq., Shepherd Finkleman Miller & Shah, LLC, Attorneys for Plaintiff; and to Christopher L. Brigham, Esq., Updike, Kelly & Spellacy, P.C., Attorneys for Defendants NETEXIT, INC. f/k/a EXPANETS, INC. and NETEXIT OF NORTH AMERICA, LLC f/k/a EXPANETS OF NORTH AMERICA.

Stacie Boeniger Collier, Esq.

P88465

To:   James E. Miller, Esq. (CT-21560)
      Shepherd Finkleman Miller & Shah, LLC
      One Lewis Street
      Hartford, Connecticut 06103
      (Tel.) (860) 246-0600
      (Fax) (860) 246-0700
      Attorneys for Plaintiff

      Christopher L. Brigham, Esq. (CT-12410)
      Updike, Kelly & Spellacy, P.C.
      One Century Tower
      265 Church Street, 10th Floor
      New Haven, Connecticut 06510
      (Tel.) (203) 786-8300
      (Fax) (203) 772-2037
      Attorneys for Defendants NetExit, Inc. f/k/a
         Expanets, Inc. and NetExit of North America, LLC
         f/k/a Expanets of North America, LLC