UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 APR 30 P 12: 04

U.S. DISTRICT COURT
HARTFORD, CT.

MARIA DEGENNARO                      :
            Plaintiff,      :
                      :
                      :
vs.                                  :
                      :
NETEXIT, INC. f/k/a EXPANETS, INC.,  :    C.A. NO. 3:03-CV-940 (RNC)
NETEXIT OF NORTH AMERICA, LLC        :
f/k/a EXPANETS OF NORTH AMERICA,     :
LLC and AVAYA LLC,                   :
           Defendants.      :

### AFFIDAVIT OF DANIEL RIZZI
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

DANIEL A RIZZI, ESQ., of full age, certifies as follows:

1.     I am an attorney at law and have been a member in good standing of the Bar of

the State of New York, and of the United States District Courts for the Southern and Eastern

Districts of New York, since 1982, without any restriction on my eligibility to practice, and I

understand my obligation to notify this Court immediately of any change respecting my status in

this respect.

2.     I am of an attorney with  the law firm of Nixon Peabody LLP, 990 Stewart

Avenue, Garden City, New York 11590; 516-832-7594; drizzi@nixonpeabody.com; having

joined the firm in July 1995.

3.     This affidavit requests permission for this declarant to participate pro hac vice as

co-counsel for AVAYA LLC, a Defendant in this action.

4.     Co-counsel of record for AVAYA LLC is Stacie Boeniger Collier of the law firm,

Nixon Peabody LLP, City Place, 185 Asylum Street, Hartford, Connecticut 06105.  Stacie

Boeniger Collier is a member in good standing of the Bar of this Court and maintains offices in

1

this State for the regular practice of law. All pleadings, motions, notices, orders and other papers may be served on Stacie Boeniger Collier.

5.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.    I have not been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of this Court or has been denied admission or disciplined by any other Court.

7.    Accordingly, it is respectfully requested that this Court grant an Order admitting this declarant pro hac vice as co-counsel for the Defendant AVAYA LLC for all purposes of this action.

I hereby declare under penalty of perjury in accordance with 28 U.S.C. § 1746, that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: April 26, 2004

_____
Daniel A. Rizzi

Nixon Peabody LLP
990 Stewart Avenue
Garden City, New York 11590
Phone: 516-832-7594
Fax: 516-832-7555
E-Mail: drizzi@nixonpeabody.com

Subscribed and sworn to before me
this 26th of April, 2004.

Notary
My Commission expires:

THERESA DONOHUE
Notary Public, State of New York
No. 01DO6016914
Qualified in Suffolk County
Commission Expires 11/30/20 06

P76860

2