UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MARIA DEGENNARO          :
          Plaintiff,   :
                       :
vs.                      :
                       :
NETEXIT, INC. f/k/a EXPANETS, INC.,   :   C.A. NO. 3:03-CV-940 (RNC)
NETEXIT OF NORTH AMERICA, LLC   :
f/k/a EXPANETS OF NORTH AMERICA,   :
LLC and AVAYA LLC,       :
          Defendants.  :

FILED
2004 APR 30 P 12: 15
U.S. DISTRICT COURT
HARTFORD, CT.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Order regarding Disclosure Statements, Defendant, Avaya LLC, hereby certifies that the following entities are either parent companies or own (directly or indirectly) at least a 10% interest in Avaya LLC:

    -- Avaya Inc.

Date: April 28, 2004

AVAYA LLC

By Its Attorneys,

Stacie Boeniger Collier (CT 18895)
NIXON PEABODY LLP
City Place - 185 Asylum St.
Hartford, CT 06103
(860) 275-6820
(860) 275-6821 (facsimile)
sbcollier@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2004, I sent a true copy of this Corporate Disclosure Statement, via first-class mail, postage prepaid, to James E. Miller, Esq., Shepherd Finkleman Miller & Shah, LLC, Attorneys for Plaintiff; and to Christopher L. Brigham, Esq., Updike, Kelly & Spellacy, P.C., Attorneys for Defendants NETEXIT, INC. f/k/a EXPANETS, INC. and NETEXIT OF NORTH AMERICA, LLC f/k/a EXPANETS OF NORTH AMERICA.

                                                      Stacie Boeniger-Collier, Esq.

P88465