UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Maria DeGennaro

V.                              Case Number: 3:03cv940 (RNC)

Netexit, Inc., et al

**ORDER**

**Motion for PHV** as to Daniel A. Rizzi, doc.# **27** - **GRANTED**

Dated at Hartford, Connecticut, May 4, 2004.

KEVIN F. ROWE, CLERK

By:  /s/bag
     Barbara Grady
     Deputy Clerk