**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 MAY -6 A 10: 56

U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| MARIA DEGENNARO, ) | CIVIL ACTION |
| ) | NO. 3:02-CV-940 (RNC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NETEXIT, INC. f/k/a EXPANETS, INC., ) | |
| NETEXIT OF NORTH AMERICA, LLC f/k/a ) | |
| EXPANETS OF NORTH AMERICA, LLC and ) | |
| AVAYA, LLC, ) | |
| ) | |
| Defendants. ) | MAY 5, 2004 |

## NOTICE OF BANKRUPTCY FILING

COMES NOW the Defendants, NETEXIT, INC. f/k/a EXPANETS, INC. and NETEXIT OF NORTH AMERICA, LLC f/k/a EXPANETS OF NORTH AMERICA, LLC hereby give notice of their filing of a bankruptcy case under 11 U.S.C. Chapter 11, in the United States Bankruptcy Court for the District of Delaware, Case Nos. 04-11321 (CGC) and 04-11333 (CGC) respectively, on the 4th day of May, 2004. The filing of these cases stay all action in the case before the Court.

DEFENDANTS,
NETEXIT, INC. f/k/a EXPANETS, INC. and
NETEXIT OF NORTH AMERICA, LLC f/k/a
EXPANETS OF NORTH AMERICA, LLC

BY: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Federal Bar Number ct12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, Connecticut 06510
Telephone: (203) 786-8300
Facsimile: (203) 772-2037

359960

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, this 5th day of May, 2004, to all pro se parties and counsel of record as follows:

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT  06103

Daniel A. Rizzi, Esq.
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

By: _____
CHRISTOPHER L. BRIGHAM, ESQ.
Commissioner of the United States Bankruptcy Court

359960