UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA DEGENNARO, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 3:03CV940(RNC) |
| : | |
| NETEXIT, INC., ET AL., : | |
| : | |
| Defendants. : | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

Due to the filing of Chapter 11 bankruptcy proceedings by the defendants Netexit, Inc., and Netexit of North America, LLC, further action in this case has been stayed.

Rather than continue the case on the Court's docket, the case is hereby dismissed without prejudice to its pursuit in the United States Bankruptcy Court and without prejudice to reopening on motion.

So ordered.

Dated at Hartford, Connecticut this           day of May 2004.

/s/RNC
Robert N. Chatigny
United States District Judge