IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| EXPANETS, INC. n/k/a NETEXIT, INC., | : | |
| EXPANETS OF NORTH AMERICA, LLC | : | |
| n/k/a NETEXIT OF NORTH AMERICA, | : | |
| LLC and AVAYA, LLC, | : | |
| | : | |
| Defendants. | : | May 27, 2004 |

**PLAINTIFF'S MOTION TO REOPEN CASE PURSUANT TO
COURT'S ORDER DATED MAY 12, 2004.**

Plaintiff, Maria DeGennaro, respectfully submits this Motion to Reopen this Case Pursuant to the Court's Order dated May 12, 2004. For the reasons explained in the accompanying Memorandum of Law, Plaintiff respectfully requests that the Court grant this Motion and reopen this case so that she may proceed with her claims against Defendant, Avaya, LLC ("Avaya"), an entity which is not in bankruptcy and which is not subject to the automatic stay provisions of Section 362 of the United States Bankruptcy Code, 11 U.S.C. § 362.

Respectfully submitted,

James E. Miller, Esquire
Federal Bar No. CT-21560
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103

**ORAL ARGUMENT REQUESTED**

-2-

        (Tel) (860) 246-0600
        (Fax) (860) 246-0700
          Attorney for Plaintiff