IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| EXPANETS, INC. n/k/a NETEXIT, INC. et al., | : | |
| | : | |
| Defendants. | : | May 27, 2004 |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing Motion to Reopen Case Pursuant to Court's Order dated May 12, 2004 and supporting Memorandum of Law, as well as this Certificate of Service, were served on this date upon Counsel for Defendants via first class mail, postage pre-paid, and addressed as follows:

Christopher L. Brigham, Esquire
Federal Bar No. CT-12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, Connecticut 06510

Stacey A. Boeniger, Esquire
Nixon Peabody, LLP
CityPlace
185 Asylum Street
Hartford, Connecticut 06103

Daniel A. Rizzi, Esquire
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, New York 11530

_____
James E. Miller
Attorney for Plaintiff,

Maria DeGennaro

Maria DeGennaro