# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MARIA DEGENNARO,

                Plaintiff

- vs -

NETEXIT, INC. f/k/a EXPANETS, INC.
NETEXIT OF NORTH AMERICA, LLC f/k/a
EXPANETS OF NORTH AMERICA, LLC and
AVAYA, LLC

                Defendants.

## APPEARANCE

CASE NUMBER: 03:03CV940 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Avaya LLC

June 30, 2004
**Date**

ct25918
**Connecticut Federal Bar Number**

(516) 832-7594
**Telephone Number**

(516) 832-7555
**Fax Number**

drizzi@nixonpeabody.com
**E-mail address**

*/s/ Daniel A. Rizzi*
**Signature**

Daniel A. Rizzi
**Print Clearly or Type Name**

Nixon Peabody LLP
990 Stewart Avenue
**Address**
Garden City, NY 11530

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James E. Miller, Esq.
Shepherd Finkleman Miller & Shah LLC
One Lewis Street
Hartford, CT 06103

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, PC
One Center Tower
265 Church Street, 10th Floor
New Haven, CT 06510

*/s/ Daniel A. Rizzi*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24