UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DeGENNARO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:03CV940(RNC) |
| | : | |
| EXPANETS of NA LLC, et al., | : | |
| | : | |
| Defendants. | : | |

<u>ORDER</u>

Plaintiff having failed to comply with the order of August 11, 2003, requiring the filing of a joint status of counsel every 90 days until the matter is resolved, it is hereby ordered that plaintiff file and serve the report on or before November 9, 2004.

So ordered.

Dated at Hartford, Connecticut this          day of October 2004.

_____
/s/RNC
Robert N. Chatigny
United States District Judge