IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPANETS, INC. n/k/a NETEXIT, INC. | : | |
| et al., | : | |
| | : | |
| Defendants. | : | January 7, 2005 |

**PARTIES' JOINT STATUS REPORT**

Plaintiff, Maria DeGennaro ("""DeGennaro"), and Defendant, Avaya, LLC ("Avaya"), respectfully submit this Joint Status Report pursuant to the Court's Order dated November 10, 2004. The parties are pleased to report that, pursuant to a settlement reached between DeGennaro and Defendants, Expanets, Inc. n/k/a Netexit, Inc. and Expanets of North America, LLC n/k/a Netexit of North America, LLC (collectively, "Netexit") on January 6, 2005, a motion will be prepared and filed by Netexit in the United States Bankruptcy Court for the District of Delaware (in which Netexit instituted bankruptcy proceedings on or about May 4, 2004) for the payment of an agreed upon settlement sum to DeGennaro in full and final settlement of the claims asserted in this action and in the Netexit bankruptcy proceedings. As part of this

settlement, DeGennaro and Avaya expect to file a Stipulation of Dismissal with prejudice in this action pursuant to Fed.R.Civ.P. 41(a) within thirty (30) days of this date. Accordingly, the parties do not believe that the Court need enter any scheduling order or take any further action with respect to this action at this time.

The parties and their undersigned counsel stand ready to provide any additional information that the Court may find helpful with respect to this case or otherwise may require.

PLAINTIFF

Dated: January 7, 2005     By: _____
James E. Miller
Federal Bar No. CT-21560
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, CT 06412
(Tel) (860) 526-1100

DEFENDANT, AVAYA, LLC

Dated: January 7, 2005     By: _____
Daniel A. Rizzi
Federal Bar No. CT-25918
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, New York 11530
(Tel) (516) 832-7500

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPANETS, INC. N/k/a NETEXIT, INC. et al., | : | |
| | : | |
| Defendants. | : | January 7, 2005 |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing Joint State Report and this Certificate of Service, were served on this date upon Counsel for Defendants via facsimile and first class mail, postage pre-paid, and addressed as follows:

Christopher L. Brigham, Esquire
Federal Bar No. CT-12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510

Daniel A. Rizzi, Esquire
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, New York 11530

_____
James E. Miller
Attorney for Plaintiff,
Maria DeGennaro