UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA DEGENNARO,<br><br>Plaintiff,<br><br>- vs -<br><br>EXPANETS, INC., n/k/a NETEXIT, INC., et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 3:03-CV-940-RNC<br><br><br><br>February 14, 2005 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Maria DeGennaro ("DeGennaro"), and Defendants Avaya Inc. and Avaya LLC (collectively, "Avaya"), hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Avaya. Pursuant to this Stipulation, DeGennaro and Avaya each shall bear their own attorneys' fees and costs. The parties also agree and understand that nothing in this Stipulation affects or in any way prejudices DeGennaro's rights to pursue her claims against NetExit, Inc. and NetExit of North America, LLC in the United States Bankruptcy Court of the District of Delaware ("Bankruptcy Court") pursuant to the Proof of Claim filed by DeGennaro in the Bankruptcy Court in In re: NetExit, Inc., et al., Case No. 04-11321 (CGC) on or about October 28, 2004.

Dated: February 14, 2005

G268816.1

- 2 -

| PLAINTIFF MARIA DEGENNARO | DEFENDANTS AVAYA INC. and AVAYA LLC |
|---|---|
| By: *[signature]*<br>James E. Miller, Esq.<br>Federal Bar No. CT-21560<br>Shephard Finkelman Miller<br>& Shah, LLC.<br>65 Main Street<br>Chester, CT 06412<br>(860) 526-1100 | By: *[signature]*<br>Daniel A. Rizzi, Esq.<br>Federal Bar No. CT-25918<br>Nixon Peabody LLP<br>990 Stewart Avenue<br>Suite 350<br>Garden City, NY 11530<br>(516) 832-7500 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA DEGENNARO, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-940-RNC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPANETS, INC. N/k/a NETEXIT, INC. | : | |
| et al., | : | |
| | : | |
| Defendants. | : | February 15, 2005 |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing Stipulation of Dismissal and this Certificate of Service, were served on this date upon Counsel for Defendants via first class mail, postage pre-paid, and addressed as follows:

Christopher L. Brigham, Esquire
Federal Bar No. CT-12410
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510

Daniel A. Rizzi, Esquire
Nixon Peabody, LLP
990 Stewart Avenue
Garden City, New York 11530

James E. Miller
Attorney for Plaintiff,
Maria DeGennaro